WILLIAM C. GLASS, petitioner-respondent,

*v.*

EUPHEMIA M. GLASS, defendant-appellant,

[Submitted February 13th, 1926.  Decided May 17th, 1926.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Fielder.

*Mr. Merritt Lane* and *Messrs. Peck, Davis & Gray,* for the appellant.

*Messrs. Tiffany, Brugler & Wittreich (Mr. G. Earle Brugler,* of counsel), for the respondent.

PER CURIAM.

We have examined with care the evidence in this case, in the light of the argument of counsel, and are satisfied that the decree is fully supported by the evidence and is right. The decree will therefore be affirmed.

*For reversal*—None.